UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
            :
UNITED STATES OF AMERICA,                         :
            :
            :
            :
        -v-        :        22 Cr. 669 (JPC)
            :
YULI VALENCIA PEREZ,        :        ORDER
            :
            Defendant.        :
            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court will hold a change of plea hearing as to Defendant Perez on June 14, 2023, at 11:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated: June 13, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge